SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Mandango's Roseville, LLC, et al,<br><br>    Defendants | Case No.: CIV.S 10-cv-00583-WBS-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MANDANGO'S ROSEVILLE, LLC  AND ORDER**<br><br>Complaint Filed:  MARCH 11, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Mandango's Roseville, LLC) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Mandango's Roseville, LLC) is dismissed because this Defendant has filed Chapter 11 Bankruptcy.

Dated: July 6, 2010                                     /s/Scott N. Johnson_____
                                                                         SCOTT N. JOHNSON
                                                                         Attorney for Plaintiff

1
2  **IT IS SO ORDERED**.
3
4  Dated: July 8, 2010
5
6
7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE